IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION



| | |
|---|---|
| WILLIAM M. PANNELL, ) | |
| Plaintiff, ) | Civil Action No. 7:06cv00088 |
| ) | |
| v. ) | |
| ) | **FINAL ORDER** |
| R. JAMES NICHOLSON, ) | |
| Secretary of United States Department ) | |
| of Veterans Affairs, ) | By: Hon. James C. Turk |
| Defendant. ) | Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the defendant's motion for summary judgment is hereby **GRANTED**. Plaintiff's complaint against the defendant is hereby **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendant.

ENTER: This 29th day of February, 2008.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge